MOTION:
Granted ✓
Denied ___
Overruled ___
Date 5/4/09

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TROY BROWN                    )
                              )
            Plaintiff,        )
                              )
v.                            )   Cause No. 4:09-CV-00697-TCM
                              )
ST. LOUIS METROPOLITIAN TOWING,)
L.C., ET AL.,                 )
                              )
            Defendants.       )

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

COME NOW defendant St. Louis Board of Police Commissioners, by and through counsel, and move for an extension of time of thirty (30) days to file their responsive pleading to plaintiff's Complaint. In support of this motion, defendant state as follows:

1. A responsive pleading is due for filing on May 11, 2009, on behalf of defendant St. Louis Board of Police Commissioners.

2. Defendant seeks an extension of time of thirty (30) days from May 11, up to and including June 10, 2009, to file a responsive pleading. An extension of time is needed due to the press of pending matters previously assigned to undersigned attorneys.

3. This request is not done for the purpose of hindrance or delay. Plaintiff will not be prejudiced by this request because this is a newly filed lawsuit and no deadlines have been set yet.