UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TROY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:09cv0697 TCM |
| | ) |
| ST. LOUIS METROPOLITAN | ) |
| TOWING, L.C., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the case is removed from the trial docket beginning **November 8, 2010**.

**IT IS FURTHER ORDERED** that all pending motions are DENIED as moot.

**IT IS FINALLY ORDERED** that counsel shall file, within thirty (30) days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss the case, or a consented judgment. **Failure to timely comply with this Order may result in the dismissal of this action with prejudice**.

/s/Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  19th  day of July, 2010.